In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: John S. MALIK

No. 260, 2017

Supreme Court of Delaware.

Submitted: June 30, 2017

Decided: July 7, 2017

ACCEPTED.

Christopher R. DESMOND, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 195, 2017

Supreme Court of Delaware.

Submitted: May 18, 2017

Decided: July 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 91009844DI (N)

DISMISSED.

Isaiah PALMER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 485, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: July 7, 2017

Court Below: Superior Court of the State of Delaware, ID. Nos. 1511007472A & B (N)

AFFIRMED.

Waymond WRIGHT, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 234, 2017

Supreme Court of Delaware.

Submitted: June 20, 2017

Decided: July 7, 2017

Court Below—Superior Court of the State of Delaware, ID No. 1208019720 (N)

DISMISSED.